```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA


MARLO FAYE SHERTZER,            :
                                :
          Plaintiff             :   No. 3:12-CV-00551
                                :
     vs.                        :   (Complaint Filed 3/27/12)
                                :
CAROLYN W. COLVIN, ACTING       :
COMMISSIONER OF SOCIAL          :   (Judge Munley)
SOCIAL SECURITY,                :
                                :
          Defendant             :
```

**ORDER**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Marlo Faye Shertzer as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Marlo Faye Shertzer disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

```
               s/ James M. Munley
               JAMES M. MUNLEY
               United States District Judge
```

Dated: December 9, 2013